*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                    518295
_____

In the Matter of PRINCE
    PILGRIM,
                        Petitioner,

        v
                                        MEMORANDUM AND JUDGMENT
ROBERT F. CUNNINGHAM, as
    Superintendent of
    Woodbourne Correctional
    Facility,
                        Respondent.
_____


Calendar Date:  May 5, 2015

Before:  Peters, P.J., Lahtinen, Garry and Lynch, JJ.

_____


        Prince Pilgrim, Woodbourne, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Kate H.
Nepveu of counsel), for respondent.

_____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Sullivan County)
to review a determination of respondent which found petitioner
guilty of violating certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        Peters, P.J., Lahtinen, Garry and Lynch, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court